twittIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JO ANN STREET, Executrix for the Estate of IDA B. STREET, et al., <br><br> Plaintiff, <br><br> v. <br><br> CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION, J.P. MORGAN CHASE, N.A., and JAMES DIMON, <br><br> Defendants. | No. 2:17-cv-2614-SHL-dkv |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is Chief Magistrate Judge Diane K. Vescovo's ("Chief Magistrate Judge") Report and Recommendation ("Report") (ECF No. 20), filed October 24, 2017, recommending the denial of *Pro Se* Plaintiff's Motion for Judgment on the Pleadings because the pleadings are not yet closed. For the following reasons, the Report is **ADOPTED**, and the Motion is **DENIED**.

A magistrate judge may submit to a judge of the court recommendations for the disposition of a motion for judgment on the pleadings. 28 U.S.C. §§ 636(b)(1)(A)–(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews *de novo* only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 72(b)(3).

Here, Chief Magistrate Judge Vescovo entered her Report on October 24, 2017, recommending that this Court deny Plaintiff's Motion for Judgment on the Pleadings. (ECF No.

20.) Plaintiff has filed neither a proper objection nor anything that can be construed as an objection to this Report, and the deadline to do so has now passed.  Therefore, the Court has reviewed the Report for clear error and finds none.  The Court **ADOPTS** the Magistrate Judge's Report and **DISMISSES** Plaintiff's Motion for Judgment on the Pleadings.

    **IT IS SO ORDERED,** this 5th day of December, 2017.

                                            s/ Sheryl H. Lipman
                                            SHERYL H. LIPMAN
                                            UNITED STATES DISTRICT JUDGE